**FILED**

JUN 14 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>In the matter of the search of 6873 #A, East Side Road, Anderson, CA | CASE NO. 3:13-SW-00015 CMK<br><br>[PROPOSED] ORDER UNSEALING APPLICATION AND SEARCH WARRANT |

The government's request to unseal the application and search warrant in the above case is **GRANTED.**

**SO ORDERED.**

DATED: 6/14/13

_____
HON. DALE A. DROZD
U.S. Magistrate Judge